**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Rabbi**<br>First name<br><br>**Yitzhak Joel**<br>Middle name<br><br>**Miller**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Rabbi Yitzhak Miller<br>Joel Miller | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3878 | |

Debtor 1   **Rabbi Yitzhak Joel Miller**                                Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

---

**5. Where you live**

**1818 Deerfield Rd
Boone, NC 28607**
Number, Street, City, State & ZIP Code

**Watauga**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Rabbi Yitzhak Joel Miller**                                              Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| District | **Middle District of North Carolina** | When | **6/24/21** | Case number | **21-10342** |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **Melodie Lea Howard** | | | Relationship to you | **Ex-wife** |
|---|---|---|---|---|---|
| District | **Middle District of North Carolina** | When | **6/01/20** | Case number, if known | **2-10498** |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Rabbi Yitzhak Joel Miller**                                                    Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12.**   **Are you a sole proprietor of any full- or part-time business?**

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

      _____
      Name of business, if any

      _____

      _____
      Number, Street, City, State & ZIP Code

      *Check the appropriate box to describe your business:*

      ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

      ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

      ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

      ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

      ☐   None of the above

---

**13.**   **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ **No.**    I am not filing under Chapter 11.

☒ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ **Yes.**    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.**   **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ **No.**

☐ **Yes.**   What is the hazard?    _____

             If immediate attention is needed, why is it needed?    _____

             Where is the property?    _____

             _____
             Number, Street, City, State & Zip Code

---

Debtor 1    **Rabbi Yitzhak Joel Miller**                                              Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:** **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Rabbi Yitzhak Joel Miller**                                    Case number *(if known)*

## Part 6:    Answer These Questions for Reporting Purposes

| 16. | What kind of debts do you have? | 16a. | **What kind of debts do you have?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17.    Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.    How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.    How much do you estimate your assets to be worth?**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.    How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Rabbi Yitzhak Joel Miller**
_____          _____
**Rabbi Yitzhak Joel Miller**                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **February 14, 2022**                  Executed on    _____
                    MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1    **Rabbi Yitzhak Joel Miller**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Erik M. Harvey**                                         Date      **February 14, 2022**
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Erik M. Harvey 37663**
Printed name

**Bennett Guthrie PLLC**
Firm name

**1560 Westbrook Plaza Dr**
**Winston Salem, NC 27103**
Number, Street, City, State & ZIP Code

Contact phone    **336-765-3121**                    Email address

**37663 NC**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rabbi Yitzhak Joel Miller** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

**Fed Loan Servicing**
P.O. Box 60610
Harrisburg, PA 17106

What is the nature of the claim? **Multiple Student Loan Accounts Claim Amoun equals total amount owed** — **$479,449.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) _____
Value of security: - _____
Unsecured claim _____

_____
Contact
_____
Contact phone

**2**

**Internal Revenue Service**
**Centralized Insolvency**
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim? **Taxes Owed** — **$80,554.11**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Rabbi Yitzhak Joel Miller**    Case number *(if known)*

Contact

☐    Yes. Total claim (secured and unsecured)

Contact phone         Value of security:    -

Unsecured claim

---

**3**

**Barbara Morganstern**
**Morganstern & Associates**
**100 S. Elm St, Ste 320**
**Greensboro, NC 27401**

What is the nature of the claim?    **Fees owed for legal**    **$14,659.96**
**services**

As of the date you file, the claim is: Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

■    No

Contact         ☐    Yes. Total claim (secured and unsecured)

Value of security:    -

Contact phone         Unsecured claim

---

**4**

**Specialized Loan Servicing**
**8742 Lucent Blvd. Suite 300**
**Littleton, CO 80129**

What is the nature of the claim?    **1234 &1236**    **$11,153.99**
**Carondelet St. New**
**Orleans, LA 70130**
**Orleans County**
**vacation rental**
**property, was**
**previously a duplex**
**but has been**
**remodeled into a singl**

As of the date you file, the claim is: Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

☐    No

Contact         ■    Yes. Total claim (secured and unsecured)    **$636,153.99**

Value of security:    -    **$630,000.00**

Contact phone         Unsecured claim    **$11,153.99**

---

**5**

**Wells Fargo**
**P.O Box 14517**
**Des Moines, IA 50306**

What is the nature of the claim?         **$8,574.00**

As of the date you file, the claim is: Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

■    No

Contact         ☐    Yes. Total claim (secured and unsecured)

Value of security:    -

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Rabbi Yitzhak Joel Miller**      Case number *(if known)* _____

Contact phone _____      Unsecured claim _____

---

**6**

**Synchrony Bank**
P.O. Box 965013
Orlando, FL 32896

**What is the nature of the claim?** _____    **$3,753.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**7**

**Truliant Federal Credit Union**
Attn: Officer
PO Box 26000
Winston Salem, NC 27114-6000

**What is the nature of the claim?** personal loan    **$2,764.57**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**8**

**Midland Credit Management**
P/O. Box 2037
Warren, MI 48090

**What is the nature of the claim?** Collection Account    **$2,554.55**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**9**

**Elon University**
100 Campus Drive
PO Box 398
Attn: Bursar's Office
Elon, NC 27244

**What is the nature of the claim?** Education Loan    **$1,561.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Rabbi Yitzhak Joel Miller__      Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim _____

Contact _____

Contact phone _____

---

**10**

**Jefferson Capital Sytems**
P.O. Box 7999
Saint Cloud, MN 56302-9617

**What is the nature of the claim?** _____    **$1,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim _____

Contact _____

Contact phone _____

---

**11**

**Synchrony Bank/Amazon**
P.O. Box 965015
Orlando, FL 32896

**What is the nature of the claim?**   **Charged Off**    **$822.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim _____

Contact _____

Contact phone _____

---

**12**

**Portfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541

**What is the nature of the claim?**   **Collection**    **$784.71**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim _____

Contact _____

Contact phone _____

---

**13**

**Kohl's**
P.O. Box 414509
Irving, TX 75014

**What is the nature of the claim?**   **Credit Card Purchase**    **$465.12**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Rabbi Yitzhak Joel Miller**                            Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                    -
　　　Unsecured claim

Contact

Contact phone

---

**14**

**Synchrony Bank**
P.O. Box 965015
Orlando, FL 32896

What is the nature of the claim?   **Charged Off**            $422.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                    -
　　　Unsecured claim

Contact

Contact phone

---

**15**

**Midland Credit Management**
P.O. Box 2037
Suite 100
Warren, MI 48090

What is the nature of the claim?   **Collection Account**      $136.71

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                    -
　　　Unsecured claim

Contact

Contact phone

---

**16**

**Southern California Edison Company**
2131 Wallnut Grove Ave
Rosemead, CA 91770

What is the nature of the claim?                           $39.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                    -
　　　Unsecured claim

Contact

Contact phone

---

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1    **Rabbi Yitzhak Joel Miller** _____    Case number *(if known)* _____

| **17** | | **What is the nature of the claim?** | **Potential deficiency of a 2017 Dodge Challenger SXT 60000 miles Has body damages, electrical system problems** | **$0.00** |

**Pentagon Federal Credit Union**
**Box 1432**
**Alexandria, VA 22313**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____

Unsecured claim       _____

---

| **Part 2:** | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Rabbi Yitzhak Joel Miller** _____        X    _____
     **Rabbi Yitzhak Joel Miller**                                  Signature of Debtor 2
     Signature of Debtor 1

Date    **February 14, 2022** _____        Date    _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of North Carolina

In re   **Rabbi Yitzhak Joel Miller**                                                Case No.
                                                    Debtor(s)               Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **February 14, 2022**                          **/s/ Rabbi Yitzhak Joel Miller**
                                                    **Rabbi Yitzhak Joel Miller**
                                                    Signature of Debtor

Miller, Rabbi -

BARBARA MORGANSTERN
MORGANSTERN & ASSOCIATES
100 S. ELM ST, STE 320
GREENSBORO, NC 27401

BRADLEY ARANT BOULT CUMMINGS LLP
ATTY FOR RECOVCO MORTGAGE & SPROUT MORTG
ONE JACKSON PLACE, STE 1000
188 E. CAPITAL STREET
JACKSON, MS 39201

CLERK OF COURT & EX-OFFICIO RECORDER
LAND RECORDS DIVISION
1340 POYDRAS STREET, 4TH FLOOR
NEW ORLEANS, LA 70112

DARE CO CLERK, SUPERIOR CT, JUSTICE CTR
ATTN: SPECIAL PROCEEDINGS, #20 SP 2
962 MARSHALL C. COLLINS DR.
PO BOX 1849
MANTEO, NC 27954

DARE COUNTY TAX OFFICE
954 MARSHALL C. COLLINS DR
PO BOX 1000
MANTEO, NC 27954

DLJ MORTGAGE CPAITAL, INC.
C/O SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042-4546

ELON UNIVERSITY
100 CAMPUS DRIVE
PO BOX 398
ATTN: BURSAR'S OFFICE
ELON, NC 27244

ERIC J SIMONSON
HINSHAW & CULBERTSON
ATTY FOR SPECIALIZED & HOF LEGAL TRUST
400 POYDRAS STREET, STE. 3150
NEW ORLEANS, LA 70130

FAY SERVCING, LLC
901 S. 2ND ST., STE 201
SPRINGFIELD, IL 62704

Miller, Rabbi -


FAY SERVICING LLC
8001 WOODLAND CTR. BLVD., STE 100
TAMPA, FL 33614


FAY SERVICING, LLC
C/O REGISTERED AGENT SOLUTIONS, INC. RA
176 MINE LAKES CT., STE. 100
RALEIGH, NC 27615-6417


FAY SERVICING, LLC
C/O PHILLIP A. HEDRICK, JR.
BANKRUPTCY DEPT.
P.O. BOX 2505
FAYETTEVILLE, NC 28302


FED LOAN SERVICING
P.O. BOX 60610
HARRISBURG, PA 17106


FIRST POINT COLLECTION RESOURCES
P.O. BOX 26140
GREENSBORO, NC 27402-6140


FLAGSHIP VACATION PROPERTIES
1818 DEERFIELD RD
BOONE, NC 28607


GUILFORD COUNTY TAX
P.O. BOX 3138
Q
GREENSBORO, NC 27402


HIGH COUNTY RENOVATORS, INC.
655 WINKLERS CREEK RD.
BOONE, NC 28607


HIGH COUNTY RENOVATORS, INC.
C/O NATHAN A. MILLER, ESQ
MILLER & JOHNSON, PLLC
PO BOX 49
BOONE, NC 28607


HOF I TRUST C/O SPECIALIZED LOAN SERV.
AGENT FOR SERVICE: UNITED AGENT GROUP
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471

Miller, Rabbi -


HUTCHENS LAW FIRM, LLP
ATTN: HILTON HUTCHENS
4317 RAMSEY ST.
PO BOX 2505
FAYETTEVILLE, NC 28302


HUTCHENS LAW FIRM, LLP
ATTN:PHILLIP A. HEDRICK JR.
BANKRUPTCY DEPT.
PO BOX 2505
FAYETTEVILLE, NC 28302


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JEFFERSON CAPITAL SYTEMS
P.O. BOX 7999
SAINT CLOUD, MN 56302-9617


JOHN ROBICHAUX & JOHN ROBICHAUX, LLC
5520 MCKENNA ST.
NEW ORLEANS, LA 70125


JOSEPH J. VONNEGUT
P.O. BOX 2505
4317 RAMSEY ST.
FAYETTEVILLE, NC 28311-2133


KOHL'S
P.O. BOX 414509
IRVING, TX 75014


KRISTEN REDMAN
ROBERTSON ANSCHUTZ SCHNEID CRANE & PART.
525 N. TRYON ST. , SUITE 1600
CHARLOTTE, NC 28202


LINDA DANNER, REGISTERED AGENT
WYNDING DOWN, LLC
6000 RED CARRIAGE LN
CHARLOTTE, NC 28212

Miller, Rabbi -


MICHAEL STEIN
HUTCHENS LAW FIRM LLP
6230 FAIRVIEW RD
PO BOX 12497
CHARLOTTE, NC 28220


MIDLAND CREDIT MANAGEMENT
P/O. BOX 2037
WARREN, MI 48090


MIDLAND CREDIT MANAGEMENT
P.O. BOX 2037
SUITE 100
WARREN, MI 48090


NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0002


NC EMPLOYMENT SECURITY COMMISSION
PO BOX 26504
RALEIGH, NC 27611


OFFICE OF THE SHERIFF
CIVIL DIVISION, REAL ESTATE DEPARTMENT
403 CIVIL COURTS BUIDLING
421 LOYOLA AVENUE
NEW ORLEANS, LA 70112


ORLEANS PARISH SHERIFF'S OFFICE
CIVIL DIV, REAL ESTATE SALES #2019-8948
2800 PERDIDO ST.
NEW ORLEANS, LA 70119


PENTAGON FEDERAL CREDIT UNION
BOX 1432
ALEXANDRIA, VA 22313


PENTAGON FEDERAL CREDIT UNION
ATTN: OFFICER
7490 JONES BRANCH DR.
MC LEAN, VA 22102

Miller, Rabbi -


PENTAGON FEDERAL CREDIT UNION
ATTN: OFFICER
2930 EISENHOWER AVE.
ALEXANDRIA, VA 22314


PENTAGON FEDERAL CREDIT UNION
P.O. BOX 1432
ALEXANDRIA, VA 22313


PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 41067
NORFOLK, VA 23541


RECOVCO MORTGAGE MANAGEMENT LLC
AGENT FOR SERVICE: CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816


RONNIE BERTHELOT
ADCOCK LAW
13541 TIGER BEND RD.
BATON ROUGE, LA 70814


SELENE FINANCE LP
C/O CORPORATION SERVICE COMPANY, REG.AGT
2626 GLENWOOD AVE, STE 550
RALEIGH, NC 27608


SELENE FINANCE LP
9990 RICHMOND AVE, STE 400, SOUTH
PO BOX 422039
HOUSTON, TX 77242


SELENE SERVICING LP
PO BOX 461470
SAN ANTONIO, TX 78246


SOUTHERN CALIFORNIA EDISON COMPANY
2131 WALLNUT GROVE AVE
ROSEMEAD, CA 91770


SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD. SUITE 300
LITTLETON, CO 80129

Miller, Rabbi -


SPECIALIZED LOAN SERVICING, LLC
C/O UNITED AGENT GROUP, INC - REG AGENT
15720 BRIXHAM HILL AVE, STE 300
CHARLOTTE, NC 28277


SPECIALIZED LOAN SERVICING, LLC
6200 QUEBEC ST, STE 300
ENGLEWOOD, CO 80110


SPECIALIZED LOAN SERVICING, LLC
AGENT FOR SERVICE: UNITED AGENT GROUP,
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471


SPROUT MORTGAGE, LLC
AGENT FOR SERVICE: UNIVERSAL REG. AGENTS
1011 NORTH CAUSEWAY BLVD, STE 3
MANDEVILLE, LA 70471


SYNCHRONY BANK
P.O. BOX 965013
ORLANDO, FL 32896


SYNCHRONY BANK
P.O. BOX 965015
ORLANDO, FL 32896


SYNCHRONY BANK/AMAZON
P.O. BOX 965015
ORLANDO, FL 32896


THE LAW OFFICE OF HERSCHEL C. ADCOCK JR.
ATTN: COREY J. GIROIR
13541 TIGER BEND RD
BATON ROUGE, LA 70817


TRULIANT FEDERAL CREDIT UNION
ATTN: OFFICER
PO BOX 26000
WINSTON SALEM, NC 27114-6000


U.S. BANK TRUST NATIONAL ASSOC. TRUSTEE
C/O SPECIALIZED LOAN SERVICING, LLC
6200 S. QUEBEC ST.
GREENWOOD VILLAGE, CO 80111

Miller, Rabbi -


U.S. BANKTRUST NATIONAL ASSOCIATION
C/O FAY SERVICNG, LLC
P.O. BOX 814609
DALLAS, TX 75381-4609


WATAUGA COUNTY TAX ADMINISTRATION
STE 21 COURTHOUSE
842 W. KING STREET
BOONE, NC 28607


WELLS FARGO
P.O BOX 14517
DES MOINES, IA 50306


WELLS FARGO BANK N.A.
P.O BOX 10438 MAC F8235-02F
DES MOINES, IA 50306-0438


WYNDING DOWN LLC
2037 BRAE TRAIL
BIRMINGHAM, AL 35242