**SO ORDERED.**

**SIGNED this 10th day of August, 2022.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-50065 |
| Rabbi Yitzhak Joel Miller, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### ORDER DENYING CONFIRMATION OF SUBCHAPTER V PLAN

This matter came before the Court for hearing on July 26, 2022 upon the Subchapter V Plan (Doc No. 117) filed by Rabbi Yitzhak Joel Miller ("Debtor") pursuant to 11 U.S.C. § 1189, and the Objection to Confirmation filed by US Bank Trust National Association (Doc No. 179), Objection to Confirmation filed by Selene Finance as servicer for DLJ Mortgage Capital, Inc. (Doc No. 180), Objection to Confirmation filed by the Bankruptcy Administrator (Doc No. 182), and Objection to Confirmation filed by HOF I Grantor Trust 5, US Bank Trust National Association as Delaware Trustee (Doc No. 184) (the "Objections"). Appearing at the hearing in person were Erik M. Harvey, as attorney for the Debtor, Sarah D. Bruce for the Bankruptcy Administrator Office, Daniel C. Bruton as Subchapter V Trustee, and the Debtor. Mark A. Baker, as attorney for secured creditor SN Servicing, Hannah D. Kays, as attorney for secured creditor Specialized Loan Servicing, LLC, and Anna Bryce Hopson, as attorney for Recovco Mortgage Management, LLC, appeared telephonically.

The Court finds after hearing on the Plan and the Objections filed that the Objections to Confirmation should be sustained and that confirmation of the Plan is denied without prejudice to allow the Debtor to file an Amended Plan on or before August 25, 2022; therefore it is

ORDERED that the Objections by all parties to the confirmation of the Debtor's Plan filed May 16, 2022 (Doc No. 117) are sustained; and

IT IS FURTHER ORDERED that confirmation of the Debtor's plan filed May 16, 2022 (Doc No. 117) is denied without prejudice to the Debtor to file an Amended Plan on or before August 25, 2022; and

IT IS FURTHER ORDERED that the Court's previous ruling temporarily allowing under Rule 3018(a) claims as filed for the purpose of accepting or rejecting any plan filed in this case shall remain in full force and effect with respect to any future plans; and

IT IS FURTHER ORDERED that the Debtor shall serve a copy of this Order on the Bankruptcy Administrator, the Secured Parties, the trustee, and the creditors holding the 20 largest unsecured claims, and shall file a certificate of such service with the Clerk.

END OF DOCUMENT

PARTIES TO BE SERVED

William P. Miller, Electronically
Bankruptcy Administrator

US Attorney's Office – MDNC
Nathan.Strup@us.doj.gov

US Attorney's Office – MDNC
Civil Division
Fax: (336) 333-5257

Barbara Morganstern
Morganstern & Associates
100 S. Elm St, Ste 320
Greensboro, NC 27401

Dare Co Clerk, Superior Ct, Justice Ctr
Attn: Special Proceedings, #20 SP 2
962 Marshall C. Collins Dr.
PO Box 1849
Manteo, NC 27954

Dare County Tax Office
954 Marshall C. Collins Dr.
PO Box 1000
Manteo, NC 27954

DLJ Mortgage Capital, Inc.
c/o Selene Finance LP
9990 Richmond Ave., Suite 400 South
Houston, TX 77042-4546

Elon University
100 Campus Drive
PO Box 398
Attn: Bursar's Office
Elon, NC 27244

Fay Servicing, LLC
901 S. 2nd St., Ste 201
Springfield, IL 62704

Fay Servicing LLC
8001 Woodland Ctr. Blvd., Ste 100
Tampa, FL 33614

Fay Servicing, LLC
c/o Registered Agent Solutions, Inc. RA
176 Mine Lakes Ct., Ste. 100
Raleigh, NC 27615-6417

Fay Servicing, LLC
c/o Phillip A. Hedrick, Jr.
Bankruptcy Dept.
P.O. Box 2505
Fayetteville, NC 28302

Fed Loan Servicing
P.O. Box 60610
Harrisburg, PA 17106

First Point Collection Resources
P.O. Box 26140
Greensboro, NC 27402-6140

Flagship Vacation Properties
1818 Deerfield Rd
Boone, NC 28607

Guilford County Tax
P.O. Box 3138
Greensboro, NC 27402

High Country Renovators, Inc.
655 Winklers Creek Rd.
Boone, NC 28607

High County Renovators, Inc.
c/o Nathan A. Miller, Esq
Miller & Johnson, PLLC
PO Box 49
Boone, NC 28607

Hutchens Law Firm, LLP
Attn: Phillip A. Hedrick Jr.
Bankruptcy Dept.
PO Box 2505
Fayetteville, NC 28302

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems
P.O. Box 7999
Saint Cloud, MN 56302-9617

John Robichaux & John Robichaux, LLC
5520 McKenna St.
New Orleans, LA 70125

Joseph J. Vonnegut
P.O. Box 2505
4317 Ramsey St.
Fayetteville, NC 28311-2133

Kohl's
P.O. Box 414509
Irving, TX 75014

Kristen Redman
Robertson Anschutz Schneid Crane & Part.
525 N. Tryon St. , Suite 1600
Charlotte, NC 28202

Linda Danner, Registered Agent
Wynding Down, LLC
6000 Red Carriage Ln
Charlotte, NC 28212

Michael Stein
Hutchens Law Firm LLP
6230 Fairview Rd
PO Box 12497
Charlotte, NC 28220

Midland Credit Management
P/O. Box 2037
Warren, MI 48090

Midland Credit Management
P.O. Box 2037
Suite 100
Warren, MI 48090

NC Department of Revenue
PO Box 25000
Raleigh, NC 27640-0002

NC Employment Security Commission
PO Box 26504
Raleigh, NC 27611

Orleans Parish Sheriff's Office
Civil Div, Real Estate Sales #2019-8948
2800 Perdido St.
New Orleans, LA 70119

Pentagon Federal Credit Union
Box 1432
Alexandria, VA 22313

Pentagon Federal Credit Union
Attn: Officer
7490 Jones Branch Dr.
Mc Lean, VA 22102

Pentagon Federal Credit Union
Attn: Officer
2930 Eisenhower Ave.
Alexandria, VA 22314

Pentagon Federal Credit Union
P.O. Box 1432
Alexandria, VA 22313

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Selene Finance LP
c/o Corporation Service Company, Reg. Agt
2626 Glenwood Ave, Ste 550
Raleigh, NC 27608

Selene Finance LP
9990 Richmond Ave, Ste 400, South
PO Box 422039
Houston, TX 77242

Southern California Edison Company
2131 Wallnut Grove Ave
Rosemead, CA 91770

Specialized Loan Servicing
8742 Lucent Blvd. Suite 300
Littleton, CO 80129

Specialized Loan Servicing, LLC
c/o United Agent Group, Inc - Reg Agent
15720 Brixham Hill Ave, Ste 300
Charlotte, NC 28277

Specialized Loan Servicing, LLC
6200 Quebec St, Ste 300
Englewood, CO 80110

Synchrony Bank
P.O. Box 965013
Orlando, FL 32896

Synchrony Bank
P.O. Box 965015
Orlando, FL 32896

Synchrony Bank/Amazon
P.O. Box 965015
Orlando, FL 32896
The Law Office of Herschel C. Adcock Jr.
Attn: Corey J. Giroir
13541 Tiger Bend Rd
Baton Rouge, LA 70817

Truliant Federal Credit Union
Attn: Officer
PO Box 26000
Winston Salem, NC 27114-6000

U.S. Bank Trust National Assoc. Trustee
c/o Specialized Loan Servicing, LLC
6200 S. Quebec St.
Greenwood Village, CO 80111

U.S. Bank Trust National Association
c/o Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Watauga County Tax Administration
Ste 21 Courthouse
842 W. King Street
Boone, NC 28607

Wells Fargo
P.O Box 14517
Des Moines, IA 50306

Wells Fargo Bank N.A.
P.O Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

Wynding Down LLC
2037 Brae Trail
Birmingham, AL 35242

Office of the Sheriff (Civil Division, Real Estate Department)
403 Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

Recovco Mortgage Management, LLC
Agent for Service:  CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

Specialized Loan Servicing, LLC
Agent for Service:  United Agent Group, Inc.
1070-B West Causeway Approach
Mandeville, LA  70471

Sprout Mortgage, LLC
Agent for Service:  Universal Registered Agents, Inc.
1011 North Causeway Blvd.
Suite 3
Mandeville, LA  70471

HOF I Trust, C/O Specialized Loan Servicing
Agent for Service:  United Agent Group, Inc.
1070-B West Causeway Approach
Mandeville, LA  70471

Ronnie Berthelot
Adcock Law
13541 Tiger Bend Rd,
Baton Rouge, LA 70817

Eric J Simonson
Hinshaw & Culbertson
Attorney for Specialized and HOF Legal Trust
400 Poydras Street, Suite 3150
New Orleans, LC  70130

Christina M. Seanor
Bradley Arant Boult Cummings LLP
Attorney for Recovco Mortgage Management and Sprout Mortgage
One Jackson Place, Suite 1000
188 E. Capitol Street
Jackson, MS  39201

SN Servicing Corporation
13702 Coursey Blvd, Bldg 1A
Baton Rouge, LA 70817-1370